1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  SHEILA BROADNAX, | No.  2:16-cv-289-TLN-KJN |
| 12         Plaintiff, | |
| 13     v. | **NOTICE OF RELATED CASE ORDER** |
| 14  ADAMS & ASSOCIATES, INC., | |
| 15         Defendant. | |
| 16  MACCORD NGUYEN, | No. 2:16-cv-00292-KJM-EFB |
| 17         Plaintiff, | |
| 18     v. | |
| 19  ADAMS & ASSOCIATES, INC., | |
| 20         Defendant. | |
| 21  GLORIA FRANKLIN, | No. 2:16-cv-00303-JAM-AC |
| 22         Plaintiff, | |
| 23     v. | |
| 24  ADAMS & ASSOCIATES, INC., | |
| 25         Defendant. | |
| 26  BIENVENIDA VILORA, | No. 2:16-cv-314-MCE-KJN |
| 27         Plaintiff, | |

28

                                    1

1

2       v.

3   ADAMS & ASSOCIATES, INC.,
                    Defendant.

4

5   GENESTHER TAYLOR,
                                              No. 2:16-cv-311-TLN-AC
6               Plaintiff

7       v.

8

9   ADAMS & ASSOCIATES, INC.

10              Defendant

11

12          Examination of the above-entitled actions reveals that they are related within the meaning

13  of Local Rule 123(a) (E.D. Cal. 1997).  The actions involve the same parties, are based on the

14  same claims, the same event, the same questions of fact and the same questions of law, and would

15  therefore entail a substantial duplication of labor if heard by different judges.  Accordingly, the

16  assignment of the matters to the same judge is likely to affect a substantial savings of judicial

17  effort and is also likely to be convenient for the parties.

18          IT IS THEREFORE ORDERED that the actions denominated 2:16-cv-00292-KJM-EFB,

19  2:16-cv-00303-JAM-AC, 2:16-cv-311-TLN-AC, and 2:16-cv-314-MCE-KJN are hereby

20  reassigned to District Judge Troy L. Nunley and Magistrate Judge Kendall Newman for all further

21  proceedings.  Any dates currently set in the reassigned cases are hereby VACATED.  Henceforth,

22  the caption on documents filed in the reassigned cases shall be shown as 2:16-cv-00292-TLN-

23  KJN, 2:16-cv-00303- TLN-KJN, 2:16-cv-311- TLN-KJN, and 2:16-cv-314- TLN-KJN.

24          IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustment in the

25  assignment of civil cases to compensate for this reassignment and issue.

26  Dated: March 2, 2016

27

28

                                        _____
                                        Troy L. Nunley
                                        United States District Judge