UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS RHODES<br><br>    Plaintiff,<br><br>    v.<br><br>ADAMS & ASSOCIATES, INC.,<br><br>    Defendant. | 2:16-cv-00494-KJM-AC<br><br>NOTICE OF RELATED CASE ORDER |
| SHEILA BROADNAS,<br><br>    Plaintiff,<br><br>    v.<br><br>ADAMS & ASSOCIATES, INC.,<br><br>    Defendant. | 2:16-cv-289-TLN-KJN |
| MACCORD NGUYEN,<br><br>    Plaintiff,<br><br>    v.<br><br>ADAMS & ASSOCIATES, INC.,<br><br>    Defendant. | 2:16-cv-00292-TLN-KJN |

1

| | |
|---|---|
| GLORIA FRANKLIN,<br><br>    Plaintiff,<br><br>    v.<br><br>ADAMS & ASSOCIATES, INC.,<br><br>    Defendant. | 2:16-cv-00303-TLN-KJN |
| BIENVENIDA VILORA,<br><br>    Plaintiff,<br><br>    v.<br><br>ADAMS & ASSOCIATES, INC.,<br><br>    Defendant. | 2:16-cv-314-TLN-KJN |
| GENESTHER TAYLOR,<br><br>    Plaintiff<br><br>    v.<br><br>ADAMS & ASSOCIATES, INC.<br><br>    Defendant | 2:16-cv-311-TLN-KJN |

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997). The actions involve the same parties, are based on the same claims, the same event, the same questions of fact and the same questions of law, and would therefore entail a substantial duplication of labor if heard by different judges. Accordingly, the assignment of the matters to the same judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

IT IS THEREFORE ORDERED that the action denominated 2:16-cv-00494-KJM-AC is hereby reassigned to District Judge Troy L. Nunley and Magistrate Judge Kendall Newman for all further proceedings. Any dates currently set in the reassigned case are hereby VACATED. Henceforth, the caption on documents filed in the reassigned case shall be shown as

2:16-cv-00494-TLN-KJN.

IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment and issue.

Dated: March 22, 2016

Troy L. Nunley
United States District Judge