MICHAEL G. PEDHIRNEY, Bar No. 233164
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: 415.433.1940
mpedhirney@littler.com

JOHN H. ADAMS, JR., Bar No. 253341
LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
Telephone: 916.830.7200
jhadams@littler.com

Attorneys for Defendant
ADAMS & ASSOCIATES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLANDO ASPIRAS,<br>Plaintiff,<br>v.<br>ADAMS & ASSOCIATES, INC.,<br>Defendant. | Case No. 2:16-cv-00958-MCE-KJN |
| **RELATED TO:**<br>MAURICE GOENS,<br>Plaintiff,<br>v.<br>ADAMS & ASSOCIATES, INC.,<br>Defendant. | Case no. 2:16-cv-00960-JAM-KJN |
| **RELATED TO:**<br>SHEILA BROADNAX,<br>Plaintiff,<br>v.<br>ADAMS & ASSOCIATES, INC.,<br>Defendant. | Case No. 2:16-cv-00289-TLN-KJN |

| | |
|---|---|
| **RELATED TO:**<br>MACCORD NGUYEN,<br>Plaintiff,<br>v.<br>ADAMS & ASSOCIATES, INC.,<br>Defendant. | Case No. 2:16-cv-00292-TLN-KJN |
| **RELATED TO:**<br>GLORIA FRANKLIN,<br>Plaintiff,<br>v.<br>ADAMS & ASSOCIATES, INC.,<br>Defendant. | Case No. 2:16-cv-00303-TLN-KJN |
| **RELATED TO:**<br>BIENVENIDA VILORIA,<br>Plaintiff,<br>v.<br>ADAMS & ASSOCIATES, INC.,<br>Defendant. | Case No. 2:16-cv-00314-TLN-KJN |
| **RELATED TO:**<br>GENESTHER TAYLOR,<br>Plaintiff,<br>v.<br>ADAMS & ASSOCIATES, INC.,<br>Defendant. | Case No. 2:16-cv-00311-TLN-KJN |
| **RELATED TO:**<br>DENNIS RHODES,<br>Plaintiff,<br>v.<br>ADAMS & ASSOCIATES, INC.,<br>Defendant. | Case No. 2:16-cv-00494-TLN-KJN |

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997). The actions involve the same parties, are based on the same claims, the same event, the same questions of fact and the same questions of law, and would therefore entail a substantial duplication of labor if heard by different judges. Accordingly, the assignment of the matters to the same judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

IT IS THEREFORE ORDERED that the actions 2:16-cv-00960-JAM-KJN and 2:16-cv-00958-MCE-KJN are hereby reassigned to District Judge Troy L. Nunley and Magistrate Judge Kendall Newman for all further proceedings. Any dates currently set in the reassigned case are hereby VACATED, and the parties are hereby ordered to re-notice any pending motions before District Judge Troy L. Nunley and Magistrate Judge Kendall Newman. Henceforth, the caption on documents filed in the reassigned case shall be shown as 2:16-cv-00960-TLN-KJN and 2:16-cv-00958-TLN-KJN.

IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment and issue.

Dated: June 6, 2016

Troy L. Nunley
United States District Judge