UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AZARIA TING,<br><br>       Plaintiff,<br><br>  v.<br><br>ADAMS & ASSOCIATES, INC.,<br><br>       Defendant. | 2:16-cv-01309-WBS-AC<br><br>NOTICE OF RELATED CASE ORDER |
| SHANNON COUSINS KAMARA,<br><br>       Plaintiff,<br><br>  v.<br><br>ADAMS & ASSOCIATES, INC.,<br><br>       Defendant. | 2:16-cv-02300-WBS-AC |
| SHEILA BROADNAX,<br><br>       Plaintiff,<br><br>  v.<br><br>ADAMS & ASSOCIATES, INC.,<br><br>       Defendant. | 2:16-cv-00289-TLN-KJN |

1    Examination of the above-entitled actions reveals that they are related within the meaning
2 of Local Rule 123(a) (E.D. Cal. 1997).  The actions involve the same parties, are based on the
3 same claims, the same event, the same questions of fact and the same questions of law, and would
4 therefore entail a substantial duplication of labor if heard by different judges.  Accordingly, the
5 assignment of the matters to the same judge is likely to affect a substantial savings of judicial
6 effort and is also likely to be convenient for the parties.
7    IT IS THEREFORE ORDERED that the actions denominated 2:16-cv-01309-WBS-AC
8 and 2:16-cv-02300-WBS-AC are hereby reassigned to District Judge Troy L. Nunley and
9 Magistrate Judge Kendall Newman for all further proceedings.  Any dates currently set in the
10 reassigned case are hereby VACATED.  Henceforth, the caption on documents filed in the
11 reassigned cases shall be shown as 2:16-cv-01309-TLN-KJN and 2:16-cv-02300-TLN-KJN.
12    IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustment in the
13 assignment of civil cases to compensate for this reassignment and issue.
14 Dated: September 28, 2016

Troy L. Nunley
United States District Judge